

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00474-CV

**IN RE** Chase Allen **CURTIS**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Lori Massey Brissette, Justice
               Velia J. Meza, Justice

Delivered and Filed: November 26, 2025

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On July 23, 2025, relator filed this petition for writ of mandamus requesting this court stay any order of enforcement of the award of real property contained in the final decree of divorce in the underlying proceedings and to compel the issuance of a supersedeas bond. Relator has filed a separate appeal of the final decree of divorce.[2] The relief requested in this petition for writ of mandamus was granted in that separate appeal[3] rendering this petition for writ of mandamus moot. The petition for writ of mandamus is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-23353, styled *In the matter of the marriage of Gabrielle Analisa Laplante and Chase Allen Curtis*, pending in the 454th Judicial District Court, Medina County, Texas, the Honorable Daniel J. Kindred presiding.

[2] *Chase Allen Curtis v. Gabrielle Analisa Laplante*, No. 04-24-00801-CV (Tex.-App. San Antonio [pending]).

[3] *Curtis*, No. 04-24-00801-CV (July 21, 2025 order).